■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEONARD L. BROWN, Appellant. (Appeal No. 1.) [617 NYS2d 662] —Judgment unanimously affirmed *(see, People v Saunders,* 190

AD2d 1092, 1093, *lv denied* 81 NY2d 1019). (Appeal from Judgment of Erie County Court, McCarthy, J.—Criminal Possession Controlled Substance, 5th Degree.) Present—Green, J. P., Pine, Fallon, Callahan and Davis, JJ.